IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:15-cr-118-2 |
| v. | ) | |
| | ) | Honorable Claude M. Hilton |
| HUMAIRA IQBAL, | ) | |
| | ) | |
| Defendant. | ) | |

**Government's Response to Defendant's Notice of Hearing Date**

The United States respectfully submits that the Court need not conduct a hearing on the defendant's pending motion. There is no factfinding to be done and "the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief." 28 U.S.C. § 2255(b). If, however, the Court intends to hold a hearing, the United States is available on the date proposed by the defendant, which the defendant took the time to confirm before filing her notice.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

_____/s/_____
Christopher R. Cooke
Special Assistant United States Attorney
Jack Hanly
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Office:  (703) 299-3700
Fax:     (703) 299-3980
Email:   Christopher.Cooke@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that on May 26, 2021, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

By:            /s/           
Christopher R. Cooke
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:  (703) 299-3700
Fax:    (703) 299-3980
Email:  Christopher.Cooke@usdoj.gov